UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| APRIL D., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|         v. | )   1:18-cv-00414-JDL |
| | ) |
| SOCIAL SECURITY ADMINISTRATION | ) |
| COMMISSIONER, | ) |
| | ) |
|    Defendant. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

United States Magistrate Judge John C. Nivison filed his Recommended Decision (ECF No. 25) on Plaintiff April D.'s disability insurance and supplemental security income appeal with the Court on June 27, 2019, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2019) and Fed. R. Civ. P. 72(b). The time within which to file objections expired on July 11, 2019, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 25) of the Magistrate Judge is hereby **ACCEPTED** and the Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**Dated this 30th day of July, 2019.**

>                    /s/ Jon D. Levy
> **CHIEF U.S. DISTRICT JUDGE**